## Luther, Appellant, *v.* Standard Building and Loan Association et al.

*Equity—Specific performance—Findings of fact—Review.*

Where an issue on a bill in equity for specific performance turns solely upon questions of fact, and these facts are found on sufficient evidence and without manifest error in favor of the defendant, a decree based thereon will not be disturbed by the appellate court.

Argued April 17, 1906.   Appeal, No. 113, Jan. T., 1906, by plaintiff, from decree of C. P. Blair Co., No. 455, in equity, in case of Louisa Luther, widow of Chrysostom Luther, v. Standard Building and Loan Association et al.   Before FELL, BROWN, POTTER, ELKIN and STEWART, JJ.   Affirmed.

Bill in equity for specific performance.   Before BELL, P. J. For the facts see Luther v. Luther, ante, p. 1.

*Error assigned* was in refusing to enter a decree of specific performance.

*E. H. Flick* and *W. I. Woodcock,* with them *H. C. Madden,* for appellant.

*R. A. Henderson* and *Thomas H. Greevy,* for appellees.

OPINION BY MR. JUSTICE BROWN, June 27, 1906 :

Under the facts found by the court below, the decree prayed for by the appellant could not have been made; and as those facts had evidence to sustain them, they cannot be disturbed. The appeal is, therefore, dismissed, with costs to the appellees.